[No. 28009-4-II.   Division Two.   July 1, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JEWELL DENNIS RICE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-03991-5, Frederick B. Hayes, J., entered September 28, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 28072-8-II.   Division Two.   July 1, 2003.]

ROBIN M. JOHNSON, *as Trustee, Appellant*, v. ROGER A. HANSEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-11443-0, Kitty-Ann van Doorninck, J., entered October 12, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 28363-8-II.   Division Two.   July 1, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DUANE ALAN DOLAN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-01144-8, John P. Wulle, J., entered January 18, 2002. *Reversed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J. Now published in part at 118 Wn. App. 323.

[No. 28471-5-II.   Division Two.   July 1, 2003.]

LAKE JANE ESTATES HOMEOWNERS ASSOCIATION, *Appellant*, v. THE CITY OF BONNEY LAKE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-09338-7, James R. Orlando, J., entered January 25, 2002. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.